# COVID-19 VACCINE & TESTING MANAGEMENT PLATFORM

## Need help starting COVID-19 vaccination & testing at your location!!

Resil Health provides END TO END solution for
COVID-19 vaccination and testing for healthcare providers

- Auto selection for second appointment for COVID-19 vaccine
- Complete set up over the phone, no need to download anything or to change or create an account. Simply call 800-460-1019
- Ability to allow only waitlisted patients to book an appointment
- HIPAA compliant with signed BAA
- State and CDC reporting for vaccine administered
- Email or phone number verification during appointment booking
- No need to enter info into the PMS, send files directly to medical biller
- Interface with medical billers, laboratories and pharmacy softwares
- Prefilled Vaccine screening forms for contact free vaccination
- **Also provides COVID-19 Rapid and PCR testing platform**

## FOR MORE INFO CONTACT US AT 800-460-1019 OR SUPPORT@RESILHEALTH.COM DON'T WAIT TILL LAST MOMENT ACT TODAY



Resil Health
*Let's Be Resilient*